```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DANIEL O'SULLIVAN,                              :
                        Plaintiff,              :
v.                                              :       ORDER OF DISMISSAL
                                                :
GOLDEN CORRAL 360, INC.; and GOLDEN             :       20 CV 177 (VB)
CORRAL FRANCHISE,                               :
                        Defendants.             :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/20

The Court has been advised that the parties have reached an agreement in principle to settle this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 24, 2020. To be clear, any application to restore the action must be filed by November 24, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: September 25, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge